UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC LAMONT CARTER #244366,

        Petitioner,        Case No. 1:12CV571

v.        Hon. Robert J. Jonker

LLOYD RAPELJE,

        Respondent.
_____/

## ORDER APPROVING and ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 27, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 27, 2012, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the habeas corpus petition is **DENIED** as barred by the one-year statute of limitations.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

                                  /s/Robert J. Jonker
                                ROBERT J. JONKER
                         UNITED STATES DISTRICT JUDGE

Dated: July 30, 2012